```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 06362
    PAUL MONTGOMERY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-3534

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 02/19/2004 and was confirmed 05/14/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was paid in full 01/14/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
VW CREDIT                  SECURED            2486.12        1057.73       2486.12
VW CREDIT                  UNSECURED           5616.37          .00         561.64
ROUNDUP FUNDING LLC        UNSECURED           6587.78          .00         658.78
ROUNDUP FUNDING LLC        UNSECURED           5153.25          .00         515.33
RETAILERS NATIONAL BANK    UNSECURED           1055.98          .00         105.60
PRINNKSTANG MEDICAL BILL   UNSECURED         NOT FILED          .00            .00
RESURGENT ACQUISITION LL   UNSECURED           3561.92          .00         356.19
WORLD COM WIRELESS         UNSECURED         NOT FILED          .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        1,305.20                     1,305.20
TOM VAUGHN                 TRUSTEE                                           394.52
DEBTOR REFUND              REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   7,441.11

PRIORITY                                         .00
SECURED                                       2,486.12
    INTEREST                                  1,057.73
UNSECURED                                     2,197.54
ADMINISTRATIVE                                1,305.20
TRUSTEE COMPENSATION                            394.52
DEBTOR REFUND                                    .00
                          -----------        -----------
TOTALS                    7,441.11           7,441.11
```

          PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 06362 PAUL MONTGOMERY

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 04/24/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |